# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Troy Yates, et al.,

Plaintiff(s),

v.

H&M International Transportation Inc,

Defendant(s).

Case No. 18 C 6001
Judge Robert M. Dow, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) H&M International Transportation Inc
and against plaintiff(s) Troy Yates, Mike Wills.

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion to dismiss.

Date:  8/22/2019                                                Thomas G. Bruton, Clerk of Court

                                                                /s/ Michael Wing , Deputy Clerk